AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CAROLYN CROUTHAMEL, DIANE MCCALLISTER, and JOANNE BAKER, on behalf of themselves and all others similarly situated, as individuals,<br>*Plaintiffs*<br>v.<br>WALLA WALLA PUBLIC SCHOOLS, a Washington public school district; EVERGREEN PUBLIC SCHOOL DISTRICT, a Washington public school district; KENT PUBLIC SCHOOL DISTRICT, a Washington public school district; and PUBLIC SCHOOL EMPLOYEES, SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 1948, a labor corporation,<br>*Defendants* | Civil Action No. 4:20-CV-5076-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion for Summary Judgment, ECF No. 37, is DENIED. Defendants' Cross-Motion for Summary Judgment, ECF No. 38, is GRANTED. Judgment is entered for the Defendants on all federal claims (Claims 1 through 4) in this action. The remaining state law claims (Claims 5 and 6) are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on cross-motions for summary judgment.

Date: April 22, 2021

*CLERK OF COURT*

SEAN F. McAVOY

/s/ Courtney Piazza
*(By) Deputy Clerk*